**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
JARED M. MOSER, BAR NO. 13003.

No. 65739

**FILED**

JUL 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition by bar counsel pursuant to SCR 111(4) concerning attorney Jared M. Moser. The petition is based on Moser's conviction in Henderson Township Justice Court, Clark County, Nevada, pursuant to his nolo contendere plea, of first-offence driving under the influence.[1] *See* SCR 111(1). Moser reported his conviction to bar counsel as required by SCR 111(2).

Because Moser's conviction is not one of those specifically discussed in SCR 111(6)-(8) as a "serious" crime requiring suspension and automatic referral to the disciplinary board, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

Moser's conviction is not the type of offense for which professional discipline is typically imposed. *See* 2 Geoffrey C. Hazard, Jr.,

---

[1]As part of the plea, the driving under the influence charges against Moser were amended to reckless driving.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24893

W. William Hodes & Peter R. Jarvis, *The Law of Lawyering* § 65.4 (3d ed. 2012) (stating that while the gravity of drinking and driving cannot be minimized, a first-offense misdemeanor driving under the influence is not the type of offense for which professional discipline is typically imposed). Accordingly, having considered the petition and the supporting documentation, we conclude that Moser's offense does not warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.

_____Pickering_____, J.
Pickering

_____Parra_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

cc:     David A. Clark, Bar Counsel
        State Bar of Nevada/Las Vegas
        Jared M. Moser